# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| JAMIE LYNN HOLMES,<br><br>    Plaintiff,<br><br>v.<br><br>CREDIT PROTECTION ASSOCIATION, L.P.,<br><br>    Defendant. | Case No. 1:17-cv-03995 |

## STIPULATION FOR DISMISSAL

The parties to this action hereby stipulate to dismissal of Plaintiff's claims with prejudice and without costs.

Respectfully submitted,

/s/Alexander H. Burke

Alexander H. Burke
Daniel J. Marovitch
**BURKE LAW OFFICES, LLC**
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
(312) 729-5288
ABurke@BurkeLawLLC.com
www.BurkeLawLLC.com

*Counsel for Plaintiff*

/s/Justin M. Penn

Justin M. Penn
Lindsey Conley
Hinshaw & Culbertson LLP
151 North Franklin Street, Suite 2500,
Chicago, IL 60606
(312) 704-3157
jpenn@hinshawlaw.com

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, April 24, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

*/s/ Alexander H. Burke*