**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

JAMIE LYNN HOLMES,

        Plaintiff,

v.

CREDIT PROTECTION
ASSOCIATION, L.P.,

        Defendant.

Case No. 1:17-cv-03995-WTL-MPB

> Stipulation approved on 4/25/2019.
> /s/ William T. Lawrence, Senior Judge
> Distribution via CM/ECF

## STIPULATION FOR DISMISSAL

      The parties to this action hereby stipulate to dismissal of Plaintiff's claims with prejudice and without costs.

Respectfully submitted,

/s/Alexander H. Burke

Alexander H. Burke
Daniel J. Marovitch
**BURKE LAW OFFICES, LLC**
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
(312) 729-5288
ABurke@BurkeLawLLC.com
www.BurkeLawLLC.com

*Counsel for Plaintiff*

/s/Justin M. Penn

Justin M. Penn
Lindsey Conley
Hinshaw & Culbertson LLP
151 North Franklin Street, Suite 2500,
Chicago, IL 60606
(312) 704-3157
jpenn@hinshawlaw.com

*Counsel for Defendant*